**MEMO ENDORSED**

The motion for inspection is denied at this time. The motion will be revisited, if relevant, when the Court considers the merits of the Petition.

So ordered,
1/10/08 /s/ Theodore H. Katz
USMJ

December 28, 2007

J. Michael McMahon, Clerk
U.S. District Court
Southern District of N.Y.
500 Pearl Street
New York, NY 10007

RE: Notice of Motion, Supplemental Notice 07-CIV-2757 (SAS)(THK)
Dated: December 28, 2007

**MEMO ENDORSED**

Dear Mr. McMahon:

I am enclosing for filing an original Notice of Motion and Supplemental Notice of Motion Reply to the Respondents Memorandum of law in opposition to the petition for a writ of Habeas Corpus by Assistant Attorney General Jennifer Z. Johnson Dated: December 23, 2007. And also a request for inspection of the indictment number 6633/01, petitioners exhibit -A- page five, Thomas Pappas grandjury testimony description of robber, page eight John Pappas grandjury testimony description of illegal seizure and search. The petitioner request inspection of the prima facie police report factual evidence inside the petitioners transcripts describing the factual phisical description appearance of the petitioner to be in fact 6 feet tall in height and 196 pounds in weight. The petitioner request inspection of the petitioners exhibit -B- New York State Department of Correctional Services Inmate Identification photo profile issued October 25, 2004 describing the petitioner to be in fact 6 feet tall in height and 180 pounds in weight, lacking two inches in height because of wearing slippers from New York State Department of Correctional Services. Please deliver this motion to the Judges chambers. Thank you for your attention to this matter.

Yours ect.

Anthony Jackson
Anthony Jackson
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

To: Andrew M. Cuomo
State of New York
Office of the Attorney General
120 Broadway, 22nd Floor
New York, NY 10271
Assistant Attorney General
Jennifer Z. Johnson (JJ-0340)

cc:

COPIES MAILED
TO COUNSEL OF RECORD ON 1/10/08